**MCGUIREWOODS LLP**
Michael R. Phillips (appearance *pro hac vice*)
mphillips@mcguirewoods.com
David D. Leishman (appearance *pro hac vice*)
dleishman@mcguirewoods.com
77 West Wacker Drive, Suite 4100
Chicago, IL 60601-1818
Telephone:     (312) 849-8100
Facsimile:     (312) 849-3690

**MCGUIREWOODS LLP**
Jenny Yi (SBN 314540)
jyi@mcguirewoods.com
Two Embarcadero Center, Suite 1300
San Francisco, CA 94111
Telephone:     (415) 844-9944
Facsimile:     (415) 844-9922

*Attorneys for Plaintiff*
INDIANA SUGARS, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INDIANA SUGARS, INC.<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>THE PURPLE MIXER, INC. D/B/A MISS JONES BAKING CO.<br><br>　　　　　Defendant. | Case No.: 3:25-cv-04091-CRB<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION TO STAY CASE FOR SIXTY (60) DAYS TO FINALIZE SETTLEMENT ORDER**<br><br>Complaint Filed: May 12, 2025 |

1  This matter comes before the Court on Indiana Sugars, Inc.'s Motion to Stay Case for Sixty
2  (60) Days to Finalize Settlement (the "Motion"). The Court being fully advised and for good cause
3  shown, the Motion is hereby granted.
4  **IT IS HEREBY ORDERED:**
5  All current and future deadlines are stayed for a period of sixty (60) days to allow the parties
6  time to finalize the settlement reached during the November 24, 2025 mediation. The parties are to
7  submit a Joint Case Management Statement within ten (10) days of the expiration of the Stay, if a
8  Notice of Dismissal has not yet been filed.
9  IT IS SO ORDERED.

Dated:_____    _____
CHARLES R. BREYER
United States District Judge

Case No.: 3:25-cv-04091-CRB
[PROPOSED] ORDER GRANTING PLANTIFF'S MOTION TO STAY CASE