**McGuireWoods LLP**
Michael R. Phillips (*appearance pro hac vice*)
mphillips@mcguirewoods.com
David D. Leishman (*appearance pro hac vice*)
dleishman@mcguirewoods.com
77 West Wacker Drive,
Suite 4100
Chicago, IL 60601-1818
Telephone:    (312) 849-8100
Facsimile:     (312) 849-3690

**McGuireWoods LLP**
Jenny Yi (SBN 314540)
jyi@mcguirewoods.com
Two Embarcadero Center
Suite 1300
San Francisco, CA 94111
Telephone:    (415) 844-9944
Facsimile:     (415) 844-9922

Attorneys for Plaintiff
INDIANA SUGARS, INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INDIANA SUGARS, INC. <br><br>          Plaintiff, <br><br>     vs. <br><br> THE PURPLE MIXER, INC. D/B/A MISS JONES BAKING CO. <br><br>          Defendant. | CASE NO. Case: 3:25-cv-04091-CRB <br><br> **STIPULATION OF DISMISSAL WITH PREJUDICE; [~~PROPOSED~~] ORDER** |

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that, pursuant to Federal Rule of Civil Procedure Section 41(a)(1)(ii), Plaintiff Indiana Sugars, Inc. ("Plaintiff" or "INSU") and Defendant The Purple Mixer d/b/a Miss Jones Baking Co. ("Defendant" or "Miss Jones") hereby stipulate as follows:

1. On May 12, 2025, Plaintiff filed the above-captioned lawsuit (this "Action") in the United States District Court, Northern District of California.   q

2. On November 25, 2025, at Court Sponsored Mediation, the parties agreed to settle the claims arising out of this Action.

3. Plaintiff and Defendant have entered into a settlement agreement regarding settlement of all claims.

4. Based on the foregoing facts, Plaintiff and Defendants jointly stipulate and request as follows:

   a. This Court should dismiss this Action in its entirety against all Defendants with prejudice.

   b. All upcoming hearings and deadlines should be vacated, and the Action should be terminated.

   IT IS SO STIPULATED.

DATED: January 21, 2026                    **MCGUIREWOODS LLP**

By:  _/s/ Jenny Yi_
        Jenny Yi

        Jenny Yi
        jyi@mcguirewoods.com
        Two Embarcadero Center, Suite 1300
        San Francisco, CA 94111
        Telephone: 415-844-9944
        Facsimile: 415-844-9922

Michael R. Phillips (*appearance pro hac vice*)
mphillips@mcguirewoods.com
David D. Leishman (*appearance pro hac vice*)
dleishman@mcguirewoods.com
77 West Wacker Drive
Suite 4100
Chicago, IL 60601-1818
Telephone:312-849-8100
Facsimile: 312-849-3690

*Attorneys for Plaintiff Indiana Sugars, Inc.*

DATED: January 21, 2026          **BRAUNHAGEY & BORDEN LLP**

By:   */s/ H. Chelsea Tigardoon*

H. Chelsea Tirgardoon

David H. Kwasniewski
kwasniewski@braunhagey.com
H. Chelsea Tirgardoon
tirgardoon@braunhagey.com
747 Front Street, 4th Floor
San Francisco, CA 94111
Telephone:     (415) 599-0210
Facsimile:     (415) 276-1808

*Counsel for Defendant*
The Purple Mixer, Inc. d/b/a Miss Jones Baking
Co.

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(i)(3)**

Pursuant to Civil Local Rule 5-1(i)(3), the filer of this document attests that concurrence in the filing of this document has been obtained from the signatories above.


Dated: January 21, 2026                                        McGuireWoods LLP


                                                By:    /s/ Jenny Yi                                    
                                                       Jenny Yi

                                                *Counsel for Plaintiff*
                                                INDIANA SUGARS, INC.


[PROPOSED] ORDER FOLLOWS

**[~~PROPOSED~~] ORDER:**

Having read the Joint Stipulation for Dismissal with Prejudice, IT IS HEREBY ORDERED THAT:

1. The stipulation is approved;

2. The entire action, including all claims stated therein against the parties, is hereby dismissed with prejudice; and

3. Each party to bear his/its own attorneys' fees and costs.


DATED: ___January 22___, 2026

_____
Hon. Charles R. Breyer
United States District Court Judge